# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**CARLA HAMILTON**                                                                    **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 3:08CV618-HTW-LRA**

**JOHN C. NELSON CONSTRUCTION, LLC and**
**JOHN C. NELSON, INDIVIDUALLY**                                      **DEFENDANTS**

---

### AGREED ORDER OF DISMISSAL
---

**UPON AGREEMENT OF THE PARTIES, COMES NOW,** Plaintiff Carla Hamilton,

by and through her counsel, and hereby dismisses with prejudice Defendants John C. Nelson

Construction, LLC, and John C. Nelson, Individually, with each party to bear their own costs.

IT IS THEREBY, ORDERED AND ADJUDGED that Defendants John C. Nelson

Construction, LLC, and John C. Nelson, Individually, be dismissed with prejudice.

THIS, the 18th day of June, 2009.

> s/ HENRY T. WINGATE
> CHIEF UNITED STATES DISTRICT JUDGE

AGREED:

/s/Louis H. Watson, Jr.                          /s/Anthony Sakalarios
Louis H. Watson, Jr., Esquire                    Anthony Sakalarios, Esquire
LOUIS H. WATSON, JR., P.A.                       MORRIS SAKALARIOS &
520 East Capitol Street                          BLACKWELL
Jackson, Mississippi 39201                       1817 Hardy Street
                                                 Hattiesburg, Mississippi 39401
*Attorney for Plaintiff*                         *Attorney for Defendants*